# EXHIBIT A

**Fourth Judicial District Court - Ada County**

ROA Report

Case: CV-SC-2007-17127  Current Judge: Roger Cockerille

Linda M Mansfeld, etal. vs. The National Science Foundation

Linda M Mansfeld, George J Mansfeld  vs. The National Science Foundation

| Date | Code | User | | Judge |
|---|---|---|---|---|
| 9/26/2007 | NCSC | CCWRIGRM | New Case Filed - Small Claims | Roger Cockerille |
| | COMP | CCWRIGRM | Complaint Filed | Roger Cockerille |
| | SMFI | CCWRIGRM | Summons Filed | Roger Cockerille |
| 10/5/2007 | RETF | CCWRIGRM | Return Of Service - Found (10/01/07) | Roger Cockerille |

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT
STATE OF IDAHO, IN AND FOR ADA COUNTY
SMALL CLAIMS DIVISION

PLAINTIFF(S)
Linda M. Mansfield
George J. Mansfield

vs.

The National Science Foundation

DEFENDANT(s)

CASE NO. CV SC 0717127

SUMMONS

TO THE DEFENDANT(S)

YOU ARE NOTIFIED that a claim has been filed against you. The plaintiff(s) who filed the claim, the court with which the claim is filed, and the case number assigned to your case are listed above.

IF YOU DISAGREE WITH THE CLAIM, AND IF YOU WANT TO CONTEST THE CLAIM, you must file an answer with the court within 20 days from the date you received this summons.

IF YOU DO NOT FILE YOUR ANSWER with the court within 20 days, the court may enter judgment against you, for the money or personal property that the plaintiff asks for in the claim, plus the plaintiff's costs for filing the claim and serving you with notice of the claim.

IF YOU FILE AN ANSWER, you will be mailed a notice with the date and time for a hearing, when the judge will hear your case.

You should have received an ANSWER form along with this summons. You must file your answer using this form, by mailing or personally delivering to:

Clerk of the Court
Small Claims Division
200 W. Front St.
Boise, Idaho 83702

**THE COURT MUST RECEIVE THE ANSWER WITHIN THE 20-DAY DEADLINE.**

You should also have received a booklet called "INFORMATION FOR DEFENDANTS IN SMALL CLAIMS CASES" along with this summons. This booklet will take you step-by-step through the small claims court process, and has important information that will help you prepare for your hearing.

Por favor de avisarnos antes de la fecha de su corte si usted van a necesitar interprete en la corte.

DATED this 26th day of September, 2007.

By: D. Wright
Deputy Clerk of Court

Summons
Small Claim Form SC-5

IN THE DISTRICT COURT IN THE FOURTH JUDICIAL DISTRICT STATE OF IDAHO, ADA COUNTY- SMALL CLAIMS DIVISION

Filed Sept 2, 2007 at 11:40 a.m
J. DAVID NAVARRO, CLERK OF THE COURT
By _____ Deputy Clerk

Linda M. Mansfeld,

George J. Mansfeld,
PLAINTIFF(S),

vs

The National Science Foundation
_____,
DEFENDANT(S),

CASE NO. CV SC 0717127

$_____ Claim
$ 35.00 Filing fee
$_____ Service fee
$_____ Another Notice
$_____
$_____ Total

| Plaintiff's Name | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|
| Linda M. Mansfeld | 4045 Green Lane | Kuna | ID | 83634 | (208) 922-1618 |
| George J. Mansfeld | 4045 Green Lane | Kuna | ID | 83634 | (208) 922-1618 |

| Defendant's Name | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|
| National Science Foundation | 4201 Wilson Blvd | Arlington | VA | 22230 | (703) 292-5111 |
| | | | | | |

**IF YOU ARE SEEKING A JUDGMENT FOR MONEY, FILL OUT THIS PORTION**

AMOUNT OF CLAIM: $5,000 (not including filing and service fees)

DATE CLAIM AROSE: Spring 2007 (month and year)

BASIS FOR YOUR CLAIM: Discrimination in fellowship application.

**IF YOU ARE SEEKING A JUDGMENT FOR THE RETURN OF PROPERTY, FILL OUT THIS PORTION**
PERSONAL PROPERTY: I am the owner, or I am entitled to possess, the following personal property, which is being held by the defendant (specifically describe the property): _____

VALUE OF THE PROPERTY: $ _____

Service of process by certified mail requested: _____ Yes _____ No

**BY SIGNING THIS CLAIM, THE PLAINTIFF VERIFIES THAT** 1) the plaintiff is the true owner of the claim, 2) the defendant resides in Ada County, or the defendant resides outside Idaho and the claim arose in Ada County, and 3) the information above is true and correct to the plaintiff's best knowledge.

Subscribed/Witnessed before me

Sept 19, 2007
Date

Plaintiff's or Corporate Agent Signature
(Must be notarized or witnessed by clerk)

_____
Deputy Clerk or Notary Public
If Notary, my commission expires:_____

**DISMISSAL BY PLAINTIFF**
I, the plaintiff, hereby acknowledge full satisfaction of the within claim against the above-named defendant and request the Court to dismiss this claim.

*Por favor de avisarnos antes de la fecha su corte si usted o el defendientevan a necesitar interprete en la corte*

Plaintiff's Signature _____ Date _____

Rev. 3/27/02

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Julie Beglin*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Julie Beglin    10/1/07 |
| 1. Article Addressed to:<br>The National Science foundation<br>4201 Wilson Blvd, suite 1265<br>Arlington, VA  22230<br>ATTN: Office of the General Counsel | D. Is delivery address different from item 1? ☐ Yes   ☑ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☑ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 3110 0000 2355 4125 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE
NO. VA 22?
02 OCT 2007 PM 3

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box

Ada County
SMALL CLAIMS DIVISION
200 W Front Street
Boise, ID 83702-7300
0102

CV SC 0717127

DAVID NAVARRO, Clerk
By R. WRIGHT
DEPUTY
OCT 05 2007
FILED PM

7300